IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D. DUSTIN,

        Petitioner,                    2:08-cv-0956-GEB-KJM-P

   vs.

SUBIA, Warden,

        Respondent.               ORDER

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 28, 2008 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. The underlying claim is a challenge to a finding made in a disciplinary hearing.

        In this circuit, under 28 U.S.C. § 2253(c), "a COA is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004); see also Rosas v. Nielsen, 428 F.3d 1229, 1232

/////

/////

/////

1 (9th Cir. 2005) (per curiam).  As the target of petitioner's habeas petition is an administrative
2 disciplinary decision, not a state court proceeding, no COA is necessary.  <u>Rosas</u>, 428 F.3d at
3 1232.

4         IT IS SO ORDERED.

5 Dated: October 30, 2008

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```